CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Amanda K. Brailsford
Case No. 1:24-cr-254-AKB
Place: Boise, ID

Date: February 18, 2026
Deputy Clerk: Sunny Trumbull
Reporter: Tiffany Fisher
Time: 11:00 – 11:12 a.m.

**UNITED STATES OF AMERICA vs. SETH JORDAN DEBOER**

Probation Officer: Caitlyn O'Very
Counsel for the United States: Christopher Booker
Counsel for the Defendant: Heidi Johnson

(☒) Court reviewed case history.
(☒) Defendant previously entered a plea of GUILTY to Count 1 of the Indictment and agreed to the forfeiture.

Total combined offense level 35. Criminal history category 2. Guideline range of 240 months.[1]

(☒) There being no objections, the Court accepts the Presentence report as its own findings.
(☒) Court granted the Government's oral motion of 3 level reduction for acceptance of responsibility.
(☒) Counsel made sentencing recommendations to the Court and the defendant made statements on his own behalf.
(☒) Court addressed the 3553(a) factors.

**SENTENCE:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 121 months to run concurrent with his sentence in Ada County case no. CR01-19-30000.

It is further ordered that the defendant shall pay to the United States a $100 special assessment. The fine is waived.

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $50 per month.

[1] As noted in the sentencing recommendation. (Dkt. 40)

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the sentencing recommendation (Dkt. 40) and judgment in this criminal case, to be filed by this Court. Any mental health or substance abuse treatment terms shall be amended to reflect out-patient treatment only.

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.
(☒) Right to appeal explained.
(☒) The property as stated in the plea agreement is deemed forfeited.
(☒) The Court recommended the defendant receive credit for time served in federal custody, that he participates in the RDAP Program and any other treatment available to him while incarcerated, and that he be placed in the facility in Englewood.
(☒) Defendant remanded to the custody of USMS.